AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED
JUN 05 2023
Clerk, U. S. District C...
Eastern District of Tennessee
At Knoxville

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:23-MJ-2118
)
United States Postal Service parcel containing the following tracking label # 9505 5159 2212 )
3151 5282 18. The parcel lists the return address, or commonly referred to as the "sender", as )
"Javier Gomez, 700 Simpsons Pl, Santa Rosa, CA, 95401." The parcel is addressed to "Juan )
Gomez, 316 Barrar Ave, Knoxville, TN 37920" and is currently located in the Eastern District of )
Tennessee (as described in Attachment A). )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Tennessee_____
*(identify the person or describe the property to be searched and give its location)*:

United States Postal Service parcel containing the following tracking label # 9505 5159 2212 3151 5282 18. The parcel lists the return address, or commonly referred to as the "sender", as "Javier Gomez, 700 Simpsons Pl, Santa Rosa, CA, 95401." The parcel is addressed to "Juan Gomez, 316 Barrar Ave, Knoxville, TN 37920" and is currently located in the Eastern District of Tennessee (as described in Attachment A).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B which is attached hereto and fully incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before ___6/16/23___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Jill E. McCook_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___6/2/23 11:50AM___        ___Jill E. McCook___
                                                    *Judge's signature*

City and state:   Knoxville, Tennessee           Jill E. McCook, United States Magistrate Judge
                                                    *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:23-MJ-2118 | Date and time warrant executed: 6-2-23 11:42 am | Copy of warrant and inventory left with: USPIS |
| Inventory made in the presence of: Wendy Boles, Phil Gentile ||| 

Inventory of the property taken and name of any person(s) seized:

FILED
JUN 05 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Adidas bag with baby clothes, work boots, assorted men's clothing, work belt, 2 hard hats, 2 work vests, Rene Camacho birth certificate. All items returned to parcel tracking # 9505 5159 2212 3151 5282 18 and placed back into mail stream

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6-5-23

_Executing officer's signature_

TFO USPIS April Farmer
_Printed name and title_

# ATTACHMENT A

## DESCRIPTION OF THE PROPERTY TO BE SEARCHED

USPS PRIORITY MAIL PARCEL IDENTIFIED BY TRACKING NUMBER:

9505 5159 2212 3151 5282 18



# ATTACHMENT B

## LIST OF ITEMS AUTHORIZED TO BE SEARCHED FOR AND SEIZED PURSUANT TO SEARCH WARRANT

1. One US Mail Parcel described above including concealment and packaging materials.

2. Other items relative to narcotics trafficking activity, including written instructions, addresses, logs and ledgers.

3. United States currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, notes and other documents showing an accumulation of assets, wealth, or money to the extent that these items are found in such quantity, substance and/or quality as to permit a reasonable inference that such items are proceeds of drug trafficking.

4. Evidence of previous and /or future mailings, including mailing receipts, mailing labels and tracking number labels.

5. Controlled substances, material and paraphernalia for manufacturing, packaging, cutting, weighing, and distributing controlled substances, but not limited to scales, baggies, and packing material.

6. All other material evidence of violations of Title 21 U.S.C. §§ 841(a)(1) and 846 and Title 18 U.S.C. 1956(h), and Title 18 U.S.C. 1342, which include attempt and possession with intent to distribute and distribution of controlled substances and importation of a controlled substance from a foreign country.